UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13 B 27464 |
| | ) | |
| ROBERT C. and FLORENCE E. OLSEN, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO SUGAR FELSENTHAL GRAIS & HAMMER LLP, ATTORNEYS FOR DEBTORS, ALLOWANCE AND PAYMENT OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 117]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 90,384.00 | TOTAL COSTS REQUESTED: | $ 556.99 |
| TOTAL FEES REDUCED: | $      249.50 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 90,134.50 | TOTAL COSTS ALLOWED: | $ 556.99 |

**TOTAL FEES AND COSTS ALLOWED:   $ 90,691.49**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(4)   **Insufficient Description**

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted.] Records which give no explanation of the activities performed are not compensable."); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

IT IS SO ORDERED.

ENTERED:

Date:  MAY - 1 2014

PAMELA S. HOLLIS
United States Bankruptcy Judge

# EXHIBIT A
## SUGAR FELSENTHAL GRAIS & HAMMER LLP
30 N. LaSalle Street
Suite 3000
Chicago, IL 60602
(312)704-9400

Robert C. & Florence E. Olsen
28088 Spring Court
Mundelein IL 60060

Page: 1
04/16/2014
Account No:  9428-001
Statement No:   223066

General Case Administration

Review Statement

Fees

| Date | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 11/01/2013 | DMM | Strategy conference with Christopher Horvay regarding several matters, including site visit of Olsen Distributing Company requested by BMO Harris, fee application, and other matters (0.2). | 0.20 | 59.00 | 128 |
| 11/06/2013 | CJH | Meeting with David Madden regarding fee application status and motions to approve standstill extension and new lease (0.2). | 0.20 | 110.00 | 125 |
| 11/07/2013 | DMM | Telephone conference with Jeffrey Warden regarding extension to interim agreement with BMO Harris, and SugarFGH first interim fee application (0.2); e-mail correspondence to Christopher Horvay regarding same (0.1); further telephone conference with Jeffrey Warden regarding Wisconsin property and receiver site visit (0.2). | 0.50 | 147.50 | 129 |
| 11/08/2013 | PCL | Attention to docket for upcoming hearing regarding motion to subordinate wisconsin mortgage (0.2). ④ | 0.20 | (-$44.00) 44.00 | 133 |
| 11/11/2013 | CJH | Meeting with David Madden regarding status of all pending motions and status hearing tomorrow (0.3); review e-mail regarding problem with electronic filing (0.1). | 0.40 | 220.00 | 126 |
| 11/12/2013 | CJH | Telephone conference with Jeff Warden regarding preparation for hearing (0.2); draft outline regarding same | | | |

Robert C. & Florence E. Olsen

Page: 2
04/16/2014
Account No: 9428-001
Statement No: 223066

General Case Administration
For Informational Purposes

| Date | Atty | Description | Hours | Amount | Ref |
|---|---|---|---|---|---|
| | | (0.2). | 0.40 | 220.00 | 127 |
| 11/20/2013 | DMM | Telephone conference with Jeffrey Warden to arrange meeting to discuss exit strategy (0.1); strategy conference with Jeffrey Warden and Christopher Horvay regarding exit strategy (1.0); follow-up telephone conference with Jeffrey Warden regarding same (0.1); follow-up strategy conference with Christopher Horvay regarding same (0.1). | 1.30 | 383.50 | 130 |
| 11/25/2013 | DMM | Multiple strategy conference with Christopher Horvay regarding several matters, including case status and other matters up for hearing tomorrow, exit proposal to BMO Harris, proposal from liquidator regarding Olsen Distributing Company inventory and equipment, and other matters (0.5). | 0.50 | 147.50 | 140 |
| 11/26/2013 | DMM | Attend hearing regarding fee application, approval of leases of Barrington property and case status (1.0). | 1.00 | 295.00 | 141 |
| | CJH | Telephone conference with Jeff Warden regarding entry of fee order and status of Harris negotiations (0.3). | 0.30 | 165.00 | 143 |
| | CJH | Telephone conference with Robert Walsh, collector for creditor Sungrove regarding case status (0.2). | 0.20 | 110.00 | 144 |
| 11/27/2013 | DMM | Telephone conference with representative of possible alternative source of exit financing (0.3); strategy conference with Christopher Horvay regarding same (0.2). | 0.50 | 147.50 | 142 |
| 12/02/2013 | DMM | Telephone conference with Jeffrey Warden regarding several matters, including utility payments for Lake Barrington warehouse, anticipated offer from liquidator, and other matters (0.2). | 0.20 | 59.00 | 145 |
| 12/17/2013 | DMM | Appear at hearing regarding multiple matters, including case status, status of plan and disclosure statement, status of BMO Harris's motion to be excused from Section 543 requirements, and Debtors' motion to extend interim agreement (1.0); strategy conference with Christopher Horvay regarding outcome of hearing (0.1); e-mail correspondence to Jeffrey Warden regarding outcome of hearing (0.1). | 1.20 | 354.00 | 147 |
| 12/18/2013 | PCL | Attention to docket for upcoming hearings (0.4). | 0.40 | 88.00 | 146 |
| | | | | (-$88.00) | |
| 01/13/2014 | DMM | Telephone conference with Jeffrey Warden regarding secured claim of Wells Fargo (0.2); strategy conference with Christopher Horvay regarding same (0.1). | 0.30 | 97.50 | 150 |

Robert C. & Florence E. Olsen

Page: 3
04/16/2014
Account No: 9428-001
Statement No: 223066

General Case Administration
For Informational Purposes

| Date | Atty | Description | Hours | Amount | Ref |
|---|---|---|---|---|---|
| 01/21/2014 | DMM | Strategy conference with Christopher Horvay regarding December monthly operating report and upcoming hearing on motion to extend time to file plan (0.2). | 0.20 | 65.00 | 151 |
| 01/22/2014 | CJH | Review e-mail from David Madden regarding possible expenditure of funds by Robert Olsen (0.3). | 0.30 | 165.00 | 148 |
| 01/23/2014 | PCL | Attention to docket for upcoming hearing (0.2). ④ | 0.20 | 47.00 (-$47.00) | 153 |
| 01/27/2014 | DMM | Telephone conference with Jeffrey Warden regarding several matters, including extension of interim agreement with BMO Harris, exit proposal, and general business matters (0.3). | 0.30 | 97.50 | 152 |
| 01/28/2014 | DMM | Appear at case status hearing (1.0). | 1.00 | 325.00 | 154 |
| 02/04/2014 | PCL | Prepare and docket upcoming continuance hearing (0.2). | 0.20 | 47.00 | 157 |
| 02/06/2014 | CJH | Review e-mail from David Madden regarding negotiation with bank (0.2); conference with David Madden regarding status of negotiation (0.3); review and revise proposal to bank regarding use of cash receipts (0.3). | 0.80 | 440.00 | 155 |
| 02/10/2014 | CJH | Telephone conference with Jeff Warden regarding ODC issues and status of bank deal (0.2). | 0.20 | 110.00 | 156 |
| 02/26/2014 | DMM | E-mail correspondence to Jeffrey Warden regarding status of Olsen Distributing Company with Illinois Secretary of State (0.2). | 0.20 | 65.00 | 167 |
| 03/18/2014 | DMM | Appear at case status hearing (1.0); e-mail correspondence to/from Jennifer Majewski and Phillip Coover regarding same (0.2). | 1.20 | 390.00 | 162 |
| 03/25/2014 | PCL | Attention to docket for upcoming hearing and deadlines (0.3). ④ | 0.30 | 70.50 (-$70.50) | 159 |
|  | CJH | Conference with David Madden regarding inquiry from Jeff Warden regarding liquidation sale and possible exposure (0.3). | 0.30 | 165.00 | 160 |
|  | DMM | Appear at hearing regarding case status and motion to extend time to file plan (1.0); e-mail correspondence to Jennifer Majewski and Phillip Coover regarding same (0.1). | 1.10 | 357.50 | 163 |
| 03/31/2014 | DMM | Draft motion to approve settlement, dismiss case and shorten notice (2.5). | 2.50 | 812.50 | 164 |